157 A.3d 823

WATTS, Ryan

v.

STATE of Maryland

Pet. Docket No. 629, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 153, Sept. Term, 2016).

Petition for writ of certiorari dismissed

∎

157 A.3d 823

WHALEY, Preston Lewis, Jr.

v.

STATE of Maryland

Pet. Docket No. 595, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 80, Sept. Term, 2015).

Petition for writ of certiorari denied